UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-1794(DSD/HB)

Keisha B.,

   Plaintiff,

v.                 **ORDER**

Kilolo Kijakazi, Acting
Commissioner of Social Security,

   Defendant.

  This matter comes before the court upon the report and recommendation (R&R) of United States Magistrate Hildy Bowbeer dated February 1, 2022. Neither party objects to the R&R. See ECF Nos. 31, 32.

  Accordingly, based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

  1. The R&R [ECF No. 30] is adopted in its entirety;

  2. Plaintiff's motion for summary judgment [ECF No. 25] is granted;

  3. Defendant's motion for summary judgment [ECF No. 27] is denied; and

  4. The final decision of the commissioner of social security is reversed and the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g), with directive to consider and resolve the conflicting evidence as to plaintiff's ability to accomplish activities of daily living; to reconsider and explain the weight

given the medical provider opinions to the extent they were discounted based on the evidence of plaintiff's activities of daily living; and in light thereof to reassess whether plaintiff satisfies the criteria of paragraph B and/or C for anu of the listed impairments.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: February 3, 2022

                                              s/David S. Doty  
                                              David S. Doty, Judge  
                                              United States District Court