UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 20-1794(DSD/HB)

Keisha B.,

          Plaintiff,

v.                                              **ORDER**

Kilolo Kijakazi, Acting
Commissioner of Social Security,

          Defendant.


     This matter is before the court upon the report and recommendation of magistrate judge Hildy Bowbeer dated May 31, 2022, in which she recommends granting plaintiff Keisha Boyd's application for attorney's fees under the Equal Access to Justice Act (R&R). Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, does not object to the application or the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

     1.   The R&R [ECF No. 39] is adopted in its entirety;

     2.   The motion for attorney's fees and costs [ECF No. 37] is granted; and

     2.   Plaintiff is awarded $11,913.88 in reasonable attorney's fees.

Dated: June 28, 2022

                              s/David S. Doty
                              David S. Doty, Judge
                              United States District Court